IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID IVEY, | ) | |
| | ) | |
| Petitioner, | ) | 8:06cv702 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

The court has been informed by the respondent's counsel that the petitioner is presently in the Norfolk Regional Center.

IT IS THEREFORE ORDERED:

1. That the Clerk of Court shall correct the court's records to reflect the petitioner's current address;

2. That the Clerk shall send the petitioner at his new address a copy of previously returned mailings in this case (filing nos. 8, 12 and 13) and a docket sheet;

3. That filing no. 13, the court's Order to Show Cause, is modified to give the petitioner an additional 30 days from the date of this Order to respond to the Order to Show Cause;

4. That filing no. 15, the respondent's Motion for Extension of Time, is granted, and the respondent shall have two weeks after the petitioner responds to the Order to Show Cause to file an Answer to the petition, unless the respondent requests additional time; and

5. That the court would really appreciate notice from the petitioner if (a) the petitioner's address changes or (b) he no longer wishes to pursue the above-entitled case.

DATED this 5th day of February, 2007.

BY THE COURT:


s/ F. A. GOSSETT
United States Magistrate Judge